COPY

E-filing
12-16-05

1  JOHN F. BAUM (SBN 148366)
   ZACH P. HUTTON (SBN 234737)
2  CURIALE DELLAVERSON HIRSCHFELD
   & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
5
   Attorneys for Defendant
6  SANMINA-SCI CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT

10                         SAN JOSE DIVISION

11

12  LUZ DURAN,                        Case No. C 05 02031 JF

13              Plaintiff,            ORDER CONTINUING CASE
                                      MANAGEMENT CONFERENCE
14  vs.
                                      Date:  December 16, 2005
                                      Time:  10:30 a.m.
15  SANMINA-SCI CORPORATION,          Judge: Hon. Jeremy Fogel
                                      Ctrm:  4
16              Defendant.

                                      BY FAX

17

18      In accordance with Plaintiff Luz Duran's and Defendant Sanmina-SCI Corporation's

19  stipulation, and to allow the parties to continue their settlement discussions with Magistrate Judge

20  Richard Seeborg in a continued Early Settlement Conference, the Case Management Conference

21  set for December 16, 2005 at 10:30 a.m. will be continued to January 27, 2006 at 10:30 a.m.

22      IT IS SO ORDERED:

23  Dated: 12-16-05

24                                              _____
                                                United States District Judge
25                                                    Jeremy Fogel

26

27

28

ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 05 02031 JF