**E-filed 2/8/06**

1  JOHN F. BAUM (SBN 148366)
   ZACH P. HUTTON (SBN 234737)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443

Attorneys for Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| LUZ DURAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANMINA-SCI CORPORATION,<br><br>　　　　Defendant. | Case No. C 05 02031 JF<br><br>**STIPULATION OF DISMISSAL** |

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

　　1.　**WHEREAS** Plaintiff Luz Duran ("Plaintiff") and Defendant Sanmina-SCI Corporation ("Defendant") wish to amicably resolve this matter now pending before this Court; and

　　2.　**WHEREAS** Plaintiff and Defendant have in fact reached an agreement for such resolution.

　　**NOW THEREFORE**, Plaintiff and Defendant hereby agree and stipulate that pursuant to the terms of the settlement agreement reached by them, **Plaintiff shall and hereby does dismiss, with prejudice, all causes of action as to all Defendants, including but not limited to Defendant Sanmina-SCI Corporation**, in the matter currently pending before this Court in

///

STIPULATION OF DISMISSAL

3333476

1 | Case No. C 05 02031 JF, *Duran v. Sanmina-SCI Corporation.*

2 | LAW OFFICES OF ROBERT DAVID BAKER

3 | Dated: ~~January~~ 2-3, 2006    By: /s/ Robert David Baker

4 | Robert David Baker
    Attorney for Plaintiff Luz Duran

7 | CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

9 | Dated: ~~January~~ February 7, 2006    By: /s/ John F. Baum
    John F. Baum
    Attorneys for Defendant
    Sanmina-SCI Corporation

13 | It is so ordered. All hearings are vacated.

14 | 2/8/06

    Judge Jeremy Fogel
    United States District Court

---

STIPULATION OF DISMISSAL

2